## CRIMINAL CAUSE FOR STATUS CONFERENCE

**BEFORE: SEYBERT,J.   DATE:  5/19/2011      TIME: 11:30**

**DOCKET NUMBER: CR 10-696         TITLE: USA-V- EBELING**

**DEFT NAME: JASON BLAIR                                DEFT: #2**
     **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

     **ATTY. FOR DEFT.: RICHARD HALEY                 X C.J.A.**
              **X PRESENT       NOT PRESENT       RET**

**DEFT NAME: EZRA DAVIS                                 DEFT: #3**
     **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

     **ATTY. FOR DEFT.: RICHARD MILLER                X C.J.A.**
              **X PRESENT       NOT PRESENT       RET**

**DEFT NAME: KENNETH VAN DIVER (BY PHONE)*              DEFT: #4**
     **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

     **ATTY. FOR DEFT.: STEVEN LOSQUADRO (BY PHONE)   X C.J.A.**
              **X PRESENT       NOT PRESENT       RET**

**DEFT NAME: ROBERT HAMILTON                            DEFT: #5**
     **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

     **ATTY. FOR DEFT.: MAUREEN HOERGER               X C.J.A.**
              **X PRESENT       NOT PRESENT       RET**

**DEFT NAME: DOUGLAS YOUMANS                            DEFT: #7**
     **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

     **ATTY. FOR DEFT.: JOHN WALLENSTEIN              X C.J.A.**
              **X PRESENT       NOT PRESENT       RET**

**DEFT NAME: DERRICK DEKKER                             DEFT: #8**
     **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

     **ATTY. FOR DEFT.: ROBERT MOORE                  X C.J.A.**
              **X PRESENT       NOT PRESENT       RET**

**DEFT NAME: TIMOTHY FOWLER                             DEFT: #9**
     **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

     **ATTY. FOR DEFT.: ALAN NELSON, ILISSA BROWNSTEIN  X C.J.A.**
              **X PRESENT       NOT PRESENT       RET**

*Mr. LoSquadro was unable to call in from the hospital where the defendant is located in time for the conference.  He was advised of its outcome and offered the opportunity to raise any outstanding issues in writing.
**DEFT NAME: RAYMOND HAMILTON                           DEFT: #10**
     **X PRESENT    NOT PRESENT  X IN CUSTODY      ON BAIL**

     **ATTY. FOR DEFT.: TERRENCE BUCKLEY              X C.J.A.**
              **X PRESENT       NOT PRESENT       RET**

**DEFT NAME: EDWARD SAMBORSKI                           DEFT: #11**

   X PRESENT \_\_\_NOT PRESENT \_\_\_IN CUSTODY  X  ON BAIL

                JOHN CARMAN FOR
ATTY. FOR DEFT.: EDWARD JENKS              X C.J.A.
      X PRESENT     NOT PRESENT   RET

DEFT NAME: ROBERT LEONARDIS              DEFT: #13
   X PRESENT \_\_\_NOT PRESENT \_\_\_IN CUSTODY  X  ON BAIL

   ATTY. FOR DEFT.: SALLY BUTLER         X C.J.A.
      X PRESENT     NOT PRESENT   RET

DEFT NAME: JAMES POPELASKI               DEFT: #14
   X PRESENT \_\_\_NOT PRESENT \_\_\_IN CUSTODY  X  ON BAIL

   ATTY. FOR DEFT.: LEONARD LATO          C.J.A.
      X PRESENT     NOT PRESENT  X RET

DEFT NAME: THOMAS VAN DIVER  (EXCUSED)     DEFT: #15
   \_\_\_PRESENT  X NOT PRESENT \_\_\_IN CUSTODY  X  ON BAIL

   ATTY. FOR DEFT.: JOHN CARMAN         X C.J.A.
      X PRESENT     NOT PRESENT   RET


A.U.S.A.  CHRISTOPHER CAFFARONE    DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:  \_\_\_P. AUERBACH   \_\_\_E. COMBS    \_\_\_P. LOMBARDI
\_\_\_S. PICOZZI    \_\_\_H. RAPAPORT   \_\_\_M. STEIGER    \_\_\_R. TOLKIN
\_\_\_D. TURSI     X O. WICKER

 X  CASE CALLED.  ALL COUNSEL PRESENT.

 X  CONFERENCE HELD.

 X  CASE ADJOURNED TO 9/15/2011 AT 11:30AM FOR STATUS CONFERENCE

\_\_\_ MOTION CONFERENCE HELD ON_____'S MOTION TO
_____

\_\_\_ ARGUMENT HEARD   \_\_\_ MOTION GRANTED.  \_\_\_ MOTION DENIED.
                      \_\_\_ DECISION RESERVED.

\_\_\_ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
   CODE TYPE: X-       START DATE: 5/19/2011    XSTRT
                      STOP DATE:  9/15/2011    XSTOP

 X  DEFTS. CONTINUED IN CUSTODY, EXCEPT #11 13 14 & 15 ON BAIL.

\_\_\_ JURY SELECTION & TRIAL SCHEDULED FOR_____

\_\_\_ MOTIONS TO BE MADE BY_____

\_\_\_ RESPONSE BY GOVERNMENT BY_____

\_\_\_ REPLY IF ANY BY_____

 X   OTHER: **SPEEDY TRIAL TIME EXCLUDED DUE TO DISCOVERY.**